IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILBERT L. JOHNSON,                                                                              PETITIONER
ADC #84494

v.                                     No. 5:10CV00222 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Wilbert L. Johnson has filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254. United States Magistrate Judge Beth Deere has recommended that the Court deny and dismiss the petition with prejudice on the grounds that it is untimely. Johnson has filed objections to the recommended disposition. Upon *de novo* review, the Court adopts the recommended disposition. Johnson's petition for writ of habeas corpus is dismissed with prejudice. The Court will not issue a certificate of appealability.

IT IS SO ORDERED this 28th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE