IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILBERT L. JOHNSON,                                                         PETITIONER
ADC #84494

v.                          No. 5:10CV00222 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                           RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, Wilbert L. Johnson's petition for habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice. The Court will not issue a certificate of appealability.

IT IS SO ORDERED this 28th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE